FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00131-CV

## Trial Court No. 09-00138

**Edom Corner, LLC and Earl A. Berry, Jr.**

**Vs.**

**It's the Berry's, LLC d/b/a Mary Ellen's**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Richard L Ray |
| Indigent | $25.00 | Richard Ray |
| Supreme Court chapter 51 fee | $50.00 | Richard Ray |
| Required Texas.gov efiling fee | $20.00 | Richard Ray |
| Filing | $100.00 | Richard Ray |
| TOTAL: | $210.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 7th day of April 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk